■ The People of the State of New York, Respondent, v Terry Bell, Appellant. [733 NYS2d 611] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered May 20, 1999, convicting him of robbery in the first degree, criminal possession of stolen property in the fifth degree, and unlawful possession of marihuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the Supreme Court properly denied his request for a missing-witness charge as to the complaining witness's cousin, as she did not witness the commission of the crimes and could not offer testimony regarding a material issue in connection therewith (see, People v Cuffie, 163 AD2d 485).

The Supreme Court providently exercised its discretion in denying the defendant youthful offender treatment (see, People v Williams, 204 AD2d 371). O'Brien, J. P., McGinity, H. Miller and Adams, JJ., concur.

■ The People of the State of New York, Respondent, v Patrick Bentz, Appellant. [732 NYS2d 874] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered June 12, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecutor's conduct did not deprive the defendant of a fair trial.

The sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., McGinity, H. Miller and Adams, JJ., concur.